**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| ZACH BEIER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CAUSE NO: 3:19-cv-00246-RLY-MPB |
| | ) |
| MEYER DISTRIBUTING, INC. | ) |
| | ) |
|     Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Stipulation of Dismissal with Prejudice of Plaintiff's Complaint. The Court having been first duly advised, now GRANTS the Stipulation.

IT IS THEREFORE ORDERED that the Complaint of Plaintiff is dismissed with prejudice, costs paid.

Date:   6/05/2020

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copy to:

All Counsel of Record